**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-03035-LTB

GABRIELLE GOULDNER,

    Plaintiff,

v.

PAYDAY EVERYDAY OF COLORADO, INC., a Colorado corporation, d/b/a FASTBUCKS;
FASTBUCKS HOLDING CORPORATION, a Nevada corporation;
FASTBUCKS MANAGEMENT COMPANY, LLC., a Nevada corporation;
FASTBUCKS FRANCHISE CORPORATION, a Nevada corporation;
FASTBUCKS WAGE AND BENEFITS, LLC, a Nevada corporation;
and all PARENT, SUBSIDIARY and AFFILIATE ENTITIES related thereto,

    Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


    Plaintiff's Motion for Clarification of the Deadline to Respond to Defendant's Motion to Dismiss (Doc 6 - filed January 7, 2010) is GRANTED.  Plaintiff's response is due **on or before January 25, 2010**.



Dated:   January 6, 2010
_____