**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-03035-LTB

GABRIELLE GOULDNER,

      Plaintiff,

v.

PAYDAY EVERYDAY OF COLORADO, INC., a Colorado corporation, d/b/a FASTBUCKS;
FASTBUCKS HOLDING CORPORATION, a Nevada corporation;
FASTBUCKS MANAGEMENT COMPANY, LLC., a Nevada corporation;
FASTBUCKS FRANCHISE CORPORATION, a Nevada corporation;
FASTBUCKS WAGE AND BENEFITS, LLC, a Nevada corporation;
and all PARENT, SUBSIDIARY and AFFILIATE ENTITIES related thereto,

      Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulated Notice of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc 11 - filed April 19, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: April 20, 2011